## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### Western Division

**UNITED STATES OF AMERICA**

**-vs-**                                                        **Case No.  2:02cr20356-03-B**

**JUSTIN SEAVERS**

_____

## ORDER APPOINTING COUNSEL PURSUANT TO
## THE CRIMINAL JUSTICE ACT

This Court has determined that the above-named defendant is financially unable to obtain adequate

representation in the above-styled case, and is otherwise qualified for appointment of counsel.  Accordingly,

the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

### APPOINTMENT OF COUNSEL

•       A  member of the Criminal Justice Act Panel of this District, is appointed as counsel for the
defendant.

### TYPE OF APPOINTMENT

•       Probation/Supervised Release Violation

**DONE** and **ORDERED** in 167 North Main, Memphis,   this 5th  day of July, 2006.


_____   s/ James H. Allen   _____
JAMES H. ALLEN
UNITED STATES MAGISTRATE JUDGE


Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Assistant Federal Public Defender
Intake
JUSTIN SEAVERS